PROB 12C
(7/93)

# United States District Court

for

District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Alexander Cedano  **Docket Number:** 06-00440-001
  **PACTS Number:** 045329

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/11/2008

**Original Offense:** UTTER FORGED AND COUNTERFEIT SECURITY

**Original Sentence:** 3 years probation.

**Type of Supervision:** probation  **Date Supervision Commenced:** 01/11/08

**Assistant U.S. Attorney:** Nicole M. Kim, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be determined

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender failed to inform probation that he had two residences. |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to report to probation that he was questioned by a law enforcement officer when he was charged with a suspended drivers license. |
| 3 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the** |

    **first five days of each month.'**

    The offender failed to submit monthly supervision reports for May 2009, May and June 2010.

4     The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

    The offender failed to inform probation that he was terminated from his place of employment.

5     The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender failed to report as directed to the probation office on July 23, 2010, and July 30, 2010.

    I declare under penalty of perjury that the foregoing is true and correct.

        By: Andrea Shumsky
          U.S. Probation Officer
          Date: 12/2/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 1/4/11 at 2 pm
[ ] No Action
[ ] Other

        _____
        Signature of Judicial Officer

        12/6/10
        Date