UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :          Hon. Jose L. Linares
                                     Criminal No. 06-440(JLL)
v.                        :

ALEXANDER CEDANO          :          ORDER

This matter having come before the Court on a Petition for Warrant or Summons for Offender Under Supervision, dated December 2, 2010, (the "Petition"), and based on the nature of the alleged violations and the recommendations of the probation officer and the parties, and for good and sufficient cause shown,

IT IS HEREBY ORDERED that the Petition is dismissed.

_____
HONORABLE JOSE L. LINARES
United States District Judge

Dated: 1/26/11